UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
CYNTHIA FELIX,                                              :
                           Plaintiff,                :
:  21 Civ. 6109 (LGS)
          -against-                                       :
:  ORDER
NEW YORK CITY DEPARTMENT OF                                 :
EDUCATION,                                                  :
                           Defendant.                 :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the parties participated in a settlement conference before Magistrate Judge Robert W. Lehrburger on August 17, 2022.  It is hereby

      **ORDERED** that by **August 29, 2022**, the parties shall file a joint letter regarding the status of settlement discussions.

Dated: August 23, 2022
       New York, New York

                                                LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE