SCHWARTZ PERRY & HELLER LLP

3 PARK AVENUE, 27TH FL. NEW YORK, NY 10016
T: 212.889.6565 | F: 212.779.8208 | SPHLEGAL.COM

November 8, 2022

**Via ECF**

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: Cynthia Felix v. The New York City Department of Education**
**Docket No: 21-CV-06109 (LGS)**

Dear Judge Schofield:

We represent the Plaintiff in the above referenced matter. We write to respectfully request oral argument on Defendant's motion for summary judgment. In particular, Plaintiff requests the opportunity address Defendant's incorrect assertion in its Reply Memorandum of Law, which was filed yesterday evening, that Plaintiff raised certain arguments "for the first time" in opposition to its motion.

We thank the Court for its consideration of this request.

Respectfully yours,

BRIAN HELLER

cc: All counsel – via ECF