

**THE CITY OF NEW YORK**

| | LAW DEPARTMENT | |
|---|---|---|
| Hon. Sylvia Hinds-Radix<br>*Corporation Counsel* | 100 CHURCH STREET<br>NEW YORK, NY 10007 | Joseph B. Reynolds<br>Labor and Employment Law Division<br>Telephone: (212) 356-2442<br>Cell No.: (332) 323-0621 |

October 13, 2023

**VIA ECF**
Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Application **GRANTED**.  The parties shall file the final pretrial order by **October 20, 2023**.

Dated: October 16, 2023
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   Felix v. The New York City Department of Education, No. 21-cv-6109 (LGS)

Your Honor:

I am a Senior Counsel in the office of the Hon. Sylvia Hinds-Radix, Corporation Counsel of the City of New York, representing Defendant the New York City Department of Education in the above-referenced matter.  I write respectfully to request a brief extension of the parties' deadline to file the joint pretrial order for this matter, from October 17, 2023, to October 20, 2023.  Plaintiff consents to this request, which is the first such request.

This brief extension of time is sought because although the parties have been working on putting together the joint pretrial order, they are also working towards resolving this matter through a settlement.  In fact, the parties are appearing for a settlement conference with Magistrate Judge Robert W. Lehrburger on October 17, 2023.  This brief extension of time will allow the parties to continue to focus their efforts on resolving this matter through a settlement, and will allow the parties additional time to come to an agreement on the various exhibits that the parties intend to rely on at trial.

Accordingly, Defendant respectfully request that the Court extend the parties' deadline to file the joint pretrial order from October 17, 2023, to October 20, 2023.

I  thank the Court for its consideration of this request.

Respectfully submitted,

Joseph Reynolds
Assistant Corporation Counsel

Cc: Davida Perry, Esq. (Plaintiff's counsel via CM/ECF)